

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00086-CV

**ONE (1) 1992 CHEVROLET PICKUP, VIN 1GCEC14Z4NE164549**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13890
Honorable Laura Salinas, Judge Presiding

Opinion by:     Karen Angelini, Justice

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  January 8, 2014

REVERSED AND REMANDED

Timothy Edward Knoeppel appeals from a judgment in a forfeiture case. We reverse and remand.

In its petition, the State of Texas alleged that one 1992 Chevrolet pickup truck, VIN 1GCEC14Z4NE164549, was subject to forfeiture because it was used in the crime of driving while intoxicated. The State further alleged that Knoeppel, the truck's registered owner, was driving the truck when he committed the offense of driving while intoxicated. Knoeppel filed an answer denying the allegations in the State's petition. The State then filed a motion for traditional summary

judgment, which was accompanied by evidence. No response to the summary judgment motion was filed. The trial court granted the summary judgment, and Knoeppel filed a notice of appeal.

In the proceedings below, the State was required to establish its entitlement to summary judgment by conclusively proving all essential elements of its cause of action as a matter of law. *See* TEX. R. CIV. P. 166a(c); *City of Houston v. Clear Creek Basin Authority*, 589 S.W.2d 671, 678 (Tex. 1979). On appeal, Knoeppel argues the evidence presented by the State was insufficient to support the summary judgment.[1] In its brief, the State agrees with Knoeppel that the summary judgment evidence was insufficient to establish its cause of action as a matter of law. The State therefore asks us to reverse the judgment and remand this case to the trial court.

Accordingly, we reverse the trial court's judgment, and remand this case to the trial court for further proceedings.

Karen Angelini, Justice

---

[1] Knoeppel raises other issues in his brief. However, we do not address these issues because they are not necessary to the disposition of this appeal. *See* TEX. R. APP. P. 47.1.